■ PHILLIP MATIAS, Respondent, v REBECCA'S BAKERY CORP. et al., Appellants. [843 NYS2d 263]—

Order, Supreme Court, Bronx County (Diane T. Renwick, J.), entered March 2, 2007, which denied defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Defendants have not adduced sufficient evidence to remove any issue of fact that they neither created nor had actual or constructive notice of the hazard. Nor did they indicate when they had last inspected the floor before the accident (*Joachim v 1824 Church Ave., Inc.*, 12 AD3d 409 [2004]). Given that the accident occurred in the kitchen area, a center of activity for the bakery that was not frequented by patrons, a trier of the facts could draw an inference that defendants' employees created the condition that caused plaintiff's slip and fall (*Mete v GMRI, Inc.*, 41 AD3d 123 [2007]; *Kesselman v Lever House Rest.*, 29 AD3d 302, 305 [2006]).

We have considered plaintiff's argument for summary judgment on res ipsa loquitur grounds and find it unavailing. Concur—Tom, J.P., Mazzarelli, Friedman, Sullivan and Nardelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CECIL PRESSLEY, Appellant, v WARDEN OF RIKERS ISLAND CORRECTIONAL FACILITY, Respondent. [842 NYS2d 719]—Appeal from order, Supreme Court, Bronx County, (Robert G. Seewald, J.), entered August 16, 2006, which dismissed the petition for a writ of habeas corpus, unanimously dismissed as moot, without costs.

The appeal is moot in light of petitioner's release to parole supervision (*People ex rel. McGann v Ross*, 91 NY2d 865 [1997]; *People ex rel. Rucco v Warden, Rikers Is. Correctional Facility*, 15 AD3d 314 [2005]). Concur—Tom, J.P., Mazzarelli, Friedman, Sullivan and Nardelli, JJ.